```
 1 | DENNIS S. WAKS, #142581
   | Acting Federal Defender
 2 | ANN H. VORIS, Bar #100433
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 2300 Tulare Street, Suite 330
 4 | Fresno, California  93721-2226
   | Telephone: (559) 487-5561
 5 |
   | Attorney for Defendant
 6 | STUART ANSON MARTIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00295 OWW |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING MOTIONS |
|  | ) FILING AND HEARING AND ORDER |
| v. | ) THEREON |
| STUART ANSON MARTIN, | ) |
|  | ) Date: April 17, 2006 |
| Defendant. | ) Time: 9:00 A.M. |
|  | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, that defendant's motions in the above-captioned matter shall be filed on or before March 13, 2006, government replies to be filed on or before April 10, 2006, **and the hearing on motions now set for January 30, 2006, may be continued to April 17, 2006, at 9:00 A.M.**

This continuance request is made at the request of defense counsel because she is the attorney assigned to the Yosemite Magistrate Court and appears there on a weekly basis.  Due to the necessary time spent traveling to and from Yosemite, time spent in the Yosemite court, and counsel's trial scheduled, she needs additional time to complete investigation and for the parties time to conduct plea negotiations prior to hearing.

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

                                                 /s/ Ann H. Voris with consent of
DATED: January 18, 2006                     By:   Sherrill A. Carvalho
                                                 SHERRILL A. CARVALHO
                                                 Assistant United States Attorney
                                                 Counsel for Plaintiff

                                                 DENNIS S. WAKS
                                                 Acting Federal Defender

DATED: January 18, 2006                     By:   /s/ Ann H. Voris
                                                 ANN H. VORIS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 STUART ANSON MARTIN

1
2                                        **ORDER**
3       **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
4   3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).
5       DATED: January    20    , 2006
6                                                       /s/ OLIVER W. WANGER
                                                        _____
7                                                       OLIVER W. WANGER, Judge
                                                        United States District Court
8                                                       Eastern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21

Stipulation Continuing Motions Filing and
Hearing, and [Proposed] Order Thereon                       3